IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **PERATON SOLUTIONS INC.,**<br>12975 Worldgate Drive,<br>Herndon, VA 20170,<br><br>           Plaintiff,<br><br>     *v.*<br><br>**MILITARY BOWL FOUNDATION, INC.,**<br>1742 N Street, NW<br>Washington, DC 20036,<br><br>           Defendant. | **Civil Action No.** |

**VERIFIED COMPLAINT FOR INJUNCTIVE AND OTHER RELIEF**

Plaintiff Peraton Solutions Inc. ("Peraton")[1], through its undersigned counsel, states as follows for its Verified Complaint against Defendant Military Bowl Foundation, Inc. ("MBF").

**NATURE OF THE CASE**

1. This matter arises from Defendant MBF's ███████████████████████ ███████████████████████████████████████████████ MBF operates premier events in the National Capital Region, including the Military Bowl, an annual NCAA-sanctioned postseason college football bowl game played at the Navy-Marine Corps Memorial Stadium in Annapolis, Maryland and broadcast on ESPN.

2. ███████████████████████████████████████████████ ███████████████████████████████████████████████

---

[1] In 2021, Peraton Corp. acquired Perspecta Inc. and all of its subsidiaries. Perspecta Inc. was later renamed Peraton Solutions Inc. to better align the entity name with its new Peraton ownership and branding. Peraton Solutions Inc., formerly named Perspecta Inc., is referred to as "Peraton" throughout this document.

-2-

█████████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████████

█████████████████████████

3. █████████████████████████████████████████████████████

█████████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████████

███████████████████████████████

4.     As a result of the COVID pandemic, the 2020 and 2021 Military Bowls were cancelled. █████████████████████████████████████████████████████

█████████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████████

███████████████████████████

5. █████████████████████████████████████████████████████

█████████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████████

-3-

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

███████████████████████████████████

6.      ██████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

████████████████████████████████████

**PARTIES**

7.      Plaintiff Peraton Solutions Inc. ("Peraton"), formerly named Perspecta Inc., is a corporation organized under the laws of the State of Nevada with its principal place of business located in Virginia. Peraton is a national security and technology company that primarily supports multiple U.S. intelligence and military agency customers.

8.      Defendant Military Bowl Foundation, Inc. is a corporation organized under the laws of the District of Columbia, and, on information and belief, its principal place of business is in Washington, D.C.

## JURISDICTION AND VENUE

9. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332(a) because the parties are citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interests and costs.

10. This Court has personal jurisdiction over MBF because it is a corporation organized under the laws of the District of Columbia and, on information and belief, its principal place of business is in this District. ■■■

11. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to the claims asserted in this Verified Complaint occurred in this judicial district. ■■■

## THE MILITARY BOWL

12. The Military Bowl is a post-season Division 1 college football bowl game sanctioned by the National Collegiate Athletic Association and operated by MBF.

13. The first Military Bowl was held in December 2008. Starting in 2014 and continuing through present, the Military Bowl features teams from the American Athletic Conference and the Atlantic Coast Conference. The Military Bowl is the National Capital Region's sole college football postseason bowl game.



15. The Military Bowl is itself unique from other postseason college football bowl games because of its emphasis on the United States military and its location in the National Capital Region. ███████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████████

16. Since its inception, the Military Bowl has been held annually in December each year, excluding 2020 and 2021.

17. On December 21, 2020, MBF announced that it was cancelling the 2020 Military Bowl because of an inability to secure teams because of the COVID pandemic. On December 26, 2021, MBF announced that it was cancelling the 2021 Military Bowl because of COVID issues within the Boston College team that was scheduled to play in the game.

18. The December 2022 Military Bowl, officially titled the "Military Bowl presented by Peraton," was held at the Navy–Marine Corps Memorial Stadium in Annapolis, Maryland and attended by approximately 17,974 people.

19. The Military Bowl is televised by ESPN. The 2022 Military Bowl was watched by approximately 2.16 million viewers on ESPN.

20. MBF plans to hold its 2023 Military Bowl in December 2023 at the Navy–Marine Corps Memorial Stadium in Annapolis, Maryland.

21. ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

22. The Military Bowl is the only Division 1 post-season college bowl game played in the National Capital Region. 

████████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████████

-6-



23. ▮▮▮▮▮

24. ▮▮▮▮▮

25. ▮▮▮▮▮

26. ▮▮▮▮▮

-7-



27. ███████████████████████████████████

███████████████████████████

███████████████████████████████
███████████████████████████████
████████████

██████████████

28. ███████████████████████████████

███████████████████████████████

███████████████████████████

29. ███████████████████████████████

███████████████████████████

███████████████████████████████
███████████████████████████████
███████████████████████████████

-8-

██████████████████████████████████████████
████████████████

30.   ██████████████████████████████████
████████████████████████████████████████████
████████████████████████

██████████████████████████████████████
██████████████████████████████████████
██████████████████████████████████████
██████████████████████████████████████
████████████████████████

31.   ██████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████

32.   ██████████████████████████████████
████████████████████████████████████████████

██████████████████

33. MBF cancelled the 2020 and 2021 Military Bowls because of the COVID pandemic. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

34. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

36. Peraton is an U.S. national security and technology company, ██████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

37. █████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████

38. ███████████████████████████████████████████
████████████████████████████████████████████████
███████

39. ███████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
██████████████████████████████████████

40. ███████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
███████

41. ███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
████████████████████████

42. ███████████████████████████████████████████
███████████████████████████████████████████

43. ███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
████████████████████

44. ███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████

-12-

[text redacted]

[text redacted]

45. The factual allegations in the preceding paragraphs are incorporated by reference as if fully set forth herein.

46. [text redacted]

47. [text redacted]

48. [text redacted]

49. [text redacted]

-12-

███████████████████████████████████████████████████████████████████████

████████

50.     Peraton therefore seeks preliminary and permanent injunctive relief an█████

███████████████████████████████████████████████████████

51.     In the alternative to ██████████████ Peraton seeks ████████████

███████████████████████████████████████████████

████████████████████████████████████

52.     Count II is brought in the alternative to Count I.

53.     The factual allegations in the preceding paragraphs are incorporated by reference as if fully set forth herein.

54.     ████████████████████████████████████████████████████████

55.     ████████████████████████████████████████████████████████
████████████

56.     ████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████
█████████████████████████████████████████████████

57.     ████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████
████████████████████████████████████

58.     Peraton lacks an adequate remedy at law.

59.     ████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████

60. ██████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████

**WHEREFORE**, Peraton prays for judgment against MBF as follows:

a. For orders temporarily and permanently enjoining MBF and its officers, agents, servants, employees, and attorneys, as well as any other persons who are in active concert or participation with any of them and who receive actual notice of the injunction by personal service or otherwise, from ████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████ ;

b. For an order ████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ██████████████████

c. In the alternative ██████████████████████████████████████ ████████████████████████████████████████████

d. In the alternative ██████████████████████████████████████ ████████████████████████████████████████████████████████████ ██████ ;

e. An award of costs, pre-judgment interest, and post-judgment interest; and

f. For such other and further relief as the Court deems just and proper.

Dated: April 14, 2023                    ARENTFOX SCHIFF LLP


                                         By: */s/ James H. Hulme*
                                             James H. Hulme (DC Bar # 323014)
                                             Laurel LaMontagne (DC Bar # 1613468)
                                             James.Hulme@arentfox.com
                                             Laurel.LaMontagne@arentfox.com
                                             1717 K Street, NW
                                             Washington, DC 20006
                                             Telephone: 202.802.9582
                                             Facsimile:  202.857.6395

                                         Attorneys for Plaintiff Peraton Solutions Inc.

## VERIFICATION

    I, Matthew McQueen, verify under penalty of perjury that the factual allegations made in the foregoing Verified Petition are true and correct and those alleged on information and belief are true and correct based on my information and belief.

Executed on April 14, 2023

_____
Matthew McQueen
Chief Communications and Engagement Officer of Peraton Inc.