IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Peraton Solutions Inc., <br><br>    Plaintiff, <br><br> v. <br><br> Military Bowl Foundation, Inc., <br><br>    Defendant. | Civil Action No. 23-cv-01052 |

## **MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff Peraton Solutions Inc. ("Peraton") moves for a preliminary injunction pursuant to Federal Rule of Civil Procedure 65 and Local Civil Rules 7 and 65.1.  In support of this Motion, Peraton has concurrently filed its Verified Complaint for Injunctive and Other Relief, as well as its Memorandum of Points and Authorities in Support of its Motion for Preliminary Injunction.

As described in the Verified Complaint and Memorandum, Peraton ▮▮▮▮▮ Military Bowl Foundation, Inc. ("MBF") ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

In accord with Local Civil Rule 65.1(c), Peraton has filed a Verified Complaint contemporaneously with this request for injunctive relief.  Verified factual allegations in a verified

-2-

complaint are the legal equivalent of an affidavit.  *See* Local Civil Rule 5.1(f).  *See also Neal v. Kelly*, 963 F.2d 453, 457 (D.C. Cir. 1992) ("[T]he complaint was verified and [thus] constituted an affidavit."); *Mallick v. Int'l Broth. of Elec. Workers*, 814 F.2d 674, 680 (D.C. Cir. 1987).

The evidence establishes Peraton's likelihood of success on the merits, irreparable harm, that the balancing of hardships weighs in Peraton's favor, and that the public interest favors entry of a preliminary injunction.  Peraton therefore seeks a preliminary injunction to preserve the status quo ante pending a final resolution on the merits.  A proposed order is attached hereto.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: April 14, 2023 | ARENTFOX SCHIFF LLP |
|  | By: */s/ James H. Hulme* |
|  | James H. Hulme (DC Bar # 323014) |
|  | Laurel LaMontagne (DC Bar # 1613468) |
|  | James.Hulme@arentfox.com |
|  | Laurel.LaMontagne@arentfox.com |
|  | 1717 K Street, NW |
|  | Washington, DC  20006 |
|  | Telephone:  202.802.9582 |
|  | Facsimile:   202.857.6395 |
|  | Attorneys for Plaintiff Peraton Solutions Inc. |