# EXHIBIT A



# MILITARY BOWL PRESENTED BY PERATON, BENEFITING THE USO IS CANCELED DUE TO COVID-19 CONCERNS

 26 Dec 2021     Ryan Bartholomew     2019, Featured, Updates         0

The Military Bowl Foundation today announced that the 2021 Military Bowl presented by Peraton, benefiting the USO, has been canceled due to COVID-19 protocols within Boston College.

Boston College and East Carolina had been scheduled to play Monday at Navy-Marine Corps Memorial Stadium.

"This is a terrible situation obviously," Military Bowl President & Executive Director Steve Beck said. "We appreciate everyone who worked so hard to try to make the game happen. Of course, the health and safety of the players and coaches is top priority. The decision not to play is understandable, but disappointing."

"Unfortunately, due to cases of COVID-19 rising within our program since our arrival, along with season-ending injuries, opt outs and transfers, we just do not have enough players to field a team," Boston College Director of Athletics Pat Kraft said. "We are disappointed not to be able to finish the season together as a team, but the health and safety of our program is our highest priority. Steve Beck and his Military Bowl staff put on a great week for our team and we are thankful for everything they did to make us feel at home during our stay in Washington, D.C."

The Military Bowl Parade and the Military Bowl Tailgate Festival, scheduled for Monday morning, also are canceled.

## BE A BOWL INSIDER

Email

SIGN UP

## TWITTER

Information for ticket refunds can be found here.

"The Military Bowl Foundation's mission is to raise funds for and support the nation's service members," Beck said. "The Bowl is a big part of this, so it is devastating to think that it could impact our ability to make a positive difference for those who serve our nation."

**SHARE THIS:**

  

**Share Post:**

← KATCEF BROTHERS TEAMS UP WITH MILITARY BOWL TO OFFER GREAT BOWL WEEK EXPERIENCES IN ANNAPOLIS

DC TOUCHDOWN CLUB ANNOUNCES 2022 AWARD WINNERS →

**Military B…**
Happy Preside
#MilitaryBowl

We loved havi
Presidents at t

♡ 7

**Military B…**
Hugs from the

Happy Valenti

💬 1  ♡ 5

**Military B…**
1️⃣ month ago

💬 1  ♡ 39