# EXHIBIT B



## MILITARY BOWL PRESENTED BY PERSPECTA 2020 GAME IS CANCELED

📅 21 Dec 2020     👤 Ryan Bartholomew     📁 2019, Featured, Updates     💬 0

The Military Bowl presented by Perspecta, benefiting USO of Metropolitan Washington-Baltimore, today announced that the 2020 Military Bowl has been canceled after so many teams opted not to play in bowl games this year.

"While so many people worked tirelessly to make this year's Military Bowl happen, this is an incredibly disappointing step to take," Military Bowl President & Executive Director Steve Beck said. "We are appreciative of the many sponsors who join our mission to honor and support the armed forces, especially our new presenting sponsor Perspecta, as well as our partners at the United States Naval Academy and those in state and local government who worked to ensure a safe environment at Navy-Marine Corps Memorial Stadium.

"While this year's game will not happen, the Military Bowl remains committed to its mission. Over the last decade, in addition to raising awareness for our nation's service men and women, the Bowl also has donated more than $1 million for the USO and founded and operates a first-class retreat for recovering service members, their families and caregivers at Patriot Point."

Those wishing to participate in the Season of Support, a month-long effort to drive awareness and raise funds for USO-Metro, can visit militarybowl.link/support or text "USO" to 243725. To contribute to Patriot Point, visit patriotpoint.org/donate.

## BE A BOWL INSIDER

**Email**

**SIGN UP**

## TWITTER

**SHARE THIS:**

  G+

**Share Post:**

‹   MILITARY BOWL NAMES 3M PLAY TO WIN AWARD WINNERS

Marc Goldman Joins Military Bowl Foundation as Senior Director of Partnerships   ›

**Military Bowl**
@MilitaryBow

Happy President's Day #MilitaryBowl

We loved having the @ Presidents at the game

💬    ♥ 7

**Military Bowl**
@MilitaryBow

Hugs from the #Militar

Happy Valentine's Day!

💬 1    ♥ 5

**Military Bowl**
@MilitaryBow

1️⃣ month ago today‼️

💬 1    ♥ 39