# EXHIBIT C



# Patch

👤 Sign up

## Annapolis, MD

✉ Subscribe

**News Feed** | Neighbor Posts | Local Businesses | Events

**Sports**

# Military Bowl 2020 Canceled For Lack Of Teams: Organizers

The Military Bowl, benefiting USO of Metropolitan Washington-Baltimore, on Monday said the 2020 game in Annapolis has been canceled.

**Deb Belt,** Patch Staff ⓟ

Posted Mon, Dec 21, 2020 at 11:38 am ET

💬 Reply (1)

ADVERTISEMENT



A view of the field at Navy-Marine Corps Memorial Stadium in Annapolis in October. The stadium usually hosts the Military Bowl, but this year's game has been canceled. (Photo by Rob Carr/Getty Images)

ANNAPOLIS, MD — After shifting plans to play without fans because of coronavirus concerns, organizers of the Military Bowl for 2020 said Monday that the Dec. 28 game has been canceled after many teams opted not to play in bowl games this year.

ADVERTISEMENT

ADVERTISEMENT

"While so many people worked tirelessly to make this year's Military Bowl happen, this is an incredibly disappointing step to take," Military Bowl President and Executive Director Steve Beck said in a news release. "We are appreciative of the many sponsors who join our mission to honor and support the armed forces, especially our new presenting sponsor Perspecta, as well as our partners at the United States Naval Academy and those in state and local government who worked to ensure a safe environment at Navy-Marine Corps Memorial Stadium."

Find out what's happening in Annapolis with free, real-time updates from Patch.

Your email address    Let's go!

Maryland, Penn State, USC, Virginia Tech, Stanford, Pitt and other football programs have decided [not to play in bowl games](not to play in bowl games) amid the pandemic.

"It's happening all over the country," Beck told the Capital Gazette. "It's a sign of the times we're in with this virus running all over the place. So many teams have backed out of bowl games."

ADVERTISEMENT

Tulsa and Virginia Tech seemed likely to receive Military Bowl bids but Tulsa is instead headed to the Armed Forces Bowl in Texas and the Hokies decided to forego playing a bowl game, the newspaper reported.

[Bowl games canceled](#) so far this season include: Bahamas, Birmingham, Celebration, Fenway, Frisco, Guaranteed Rate, Hawai'i, Holiday, Independence, LA, Las Vegas, Military, Pinstripe, Quick Lane, Redbox, and Sun bowl, CBS Sports reports.

ADVERTISEMENT

Nearly two dozen college teams chose not to participate in bowl games, including Boise State, Boston College, Florida State, Georgia Tech, Kansas State, Louisville, LSU, Maryland, Michigan State, Minnesota, Nebraska, Penn State, Pittsburgh, San Diego State, Stanford, UCLA, USC, Utah, Virginia, Virginia Tech, Washington, and Washington State, the network said.

"While this year's game will not happen, the Military Bowl remains committed to its mission. In addition to raising awareness for our nation's service men and

ADVERTISEMENT

But surging case numbers across the country prompted a growing number of programs to skip the postseason.

The Military Bowl presented by Perspecta, benefits the USO of Metropolitan Washington-Baltimore.

Those wishing to participate in the Season of Support, a month-long effort to drive awareness and raise funds for USO-Metro, can visit militarybowl.link/support or .text "USO" to 243725. To contribute to Patriot Point, visit patriotpoint.org/donate.

Get more local news delivered straight to your inbox. Sign up for free Patch newsletters and alerts.

♡ Thank (1)   💬 Reply (1)   ↗ Share

**More from Annapolis**

Crime & Safety | 3h
**Child Abuse + Teacher Arrested + Baltimore Youth Curfew: MD Top News**

Crime & Safety | 6h
**Crownsville Forest Blaze Hospitalizes Anne Arundel Firefighter: Report**

Real Estate | 9h
**Rare 5-Car Garage Is Perk Of 95-Year-Old Home Seeking $1.3M In Naptown**

ADVERTISEMENT

ADVERTISEMENT

## Latest News Nearby

1. **Annapolis, MD News**
   Child Abuse + Teacher Arrested + Baltimore Youth Curfew: MD Top News

2. **Odenton-Severn, MD News**
   Teacher Arrested At Seven Oaks Elementary, Gun Found In Car: Police

3. **Annapolis, MD News**
   Crownsville Forest Blaze Hospitalizes Anne Arundel Firefighter: Report

4. **Glen Burnie, MD News**
   Glen Burnie Fatal Shooting Victim Identified, Suspect Still On Run

5. **Annapolis, MD News**
   Rare 5-Car Garage Is Perk Of 95-Year-Old Home Seeking $1.3M In Naptown

## Best of Annapolis

Annapolis | Crime & Safety
**Annapolis Shooting Hospitalizes Man: Police**

ADVERTISEMENT

Case 1:23-cv-01052 Document 2-4 Filed 04/14/23 Page 8 of 8
Military Bowl 2020 Canceled For Lack Of Teams, Organizers | Annapolis, MD Patch

### Corporate Info

About Patch

Careers

### Partnerships

Advertise on Patch

### Support

FAQs

Contact Patch

Community Guidelines

Posting Instructions

    

Terms of Use   Privacy Policy

© 2023 Patch Media. All Rights Reserved.

Do Not Sell My Personal Information

ADVERTISEMENT