IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Peraton Solutions Inc., <br><br>    Plaintiff, <br><br> v. <br><br> Military Bowl Foundation, Inc., <br><br>    Defendant. | Civil Action No. 23-cv-01052 |

**PLAINTIFF PERATON SOLUTIONS INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

Plaintiff Peraton Solutions Inc. hereby submits this Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1:

1. Peraton Solutions Inc. is a wholly-owned subsidiary of Peraton Inc.

2. There are no publicly held corporations that have an equity interest greater than 10% in Peraton Solutions Inc.

Dated: April 14, 2023         ARENTFOX SCHIFF LLP

               By: */s/ James H. Hulme*
                  James H. Hulme (DC Bar # 323014)
                  Laurel LaMontagne (DC Bar # 1613468)
                  James.Hulme@arentfox.com
                  Laurel.LaMontagne@arentfox.com
                  1717 K Street, NW
                  Washington, DC 20006
                  Telephone: 202.802.9582
                  Facsimile:  202.857.6395

               Attorneys for Plaintiff Peraton Solutions Inc.