IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Peraton Solutions Inc., | |
|     Plaintiff, | Civil Action No. 1:23-cv-01052-CRC |
| v. | |
| Military Bowl Foundation, Inc., | |
|     Defendant. | |

**STIPULTION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41, Federal Rules of Civil Procedure, Plaintiff, Peraton Solutions Inc., and Defendant, Military Bowl Foundation, Inc., stipulate to the dismissal with prejudice of this action, and all claims therein, with each party to bear its own costs.

Respectfully submitted,

| | |
|---|---|
| /s/ *James H. Hulme* <br> James H. Hulme, DC Bar 323014 <br> Laurel LaMontagne, DC Bar 1613468 <br> ArentFox Schiff LLP <br> 1717 K Street N.W. <br> Washington, DC 20006 <br> (202) 857-6144 <br> (202) 857-6395 (fax) <br> james.hulme@afslaw.com | /s/ *Jeh C. Johnson* <br> Jeh C. Johnson, DC Bar 461627 <br> Paul D. Brachman* <br> Paul, Weiss, Rifkind, Wharton & Garrison LLP <br> 2001 K St. NW <br> Washington, DC 20006 <br> (202) 223-7300 <br> (202) 403-3740 (fax) <br> jjohnson@paulweiss.com <br><br> Jeffrey J. Recher† <br> Paul, Weiss, Rifkind, Wharton & Garrison  LLP <br> 1285 Avenue of the Americas <br> New York, NY 10019-6064 <br> (202) 373-3000 <br> (202) 757-3990 (fax) <br><br> * D.D.C. Bar Admission pending <br> † *pro hac vice* Admission forthcoming |
| *Counsel for Plaintiff* | *Counsel for Defendant* |